**In the Matter of the Application for the DISCIPLINE of Patrick K. FALLON, an Attorney at Law of the State of Minnesota.**

**No. C5–84–2223.**

Supreme Court of Minnesota.

Jan. 28, 1986.

### ORDER TO SHOW CAUSE

Upon the petition of the Director of Lawyers Professional Responsibility,

IT IS ORDERED that respondent Patrick K. Fallon appear before the court on the 5th day of May, 1986, at 9:00 a.m. to show cause, if any there be, why the court should not take appropriate action against him pursuant to Rule 15, Rules on Lawyers Professional Responsibility.